GLOBE APPRAISAL COMPANY, Respondent, v. CLARENCE T. BIRKETT, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

UNITED CIGAR STORES COMPANY OF AMERICA, Respondent, v. MIDDLESEX TRANSPORTATION COMPANY, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WELD & SUYDAM, INC., Respondent, v. CONTINENTAL GUARANTY CORPORATION, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

STABILE & CO., INC., Appellant, v. BANCA NAZIONALE DEL REDUCE, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, etc., Plaintiff, v. VIRGINIA BROWN BOOTH HUMPHREY and Others, Defendants.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THOMAS F. VIETOR and Others, Respondents, v. JULIA HONIG and Others, Appellants.— Motion denied, with ten dollars costs; time to answer extended to ten days after service of order. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HERMAN LEVY, Respondent, v. HARRY FEIL and Another, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

BORIS N. SOKOLOFF, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion granted; questions certified. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JOHN P. BEKER, as Limited Administrator, etc., Respondent, v. DINGWELL BROS., INC., Impleaded, etc., Appellant.— Motion for reargument or leave to appeal denied, with ten dollars costs; motion for stay granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

DIRK BOER and Another, Appellants, v. MARCELINO GARCIA, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ROCCO BALICE and Another, Respondents, v. ERIE RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HILLCREST SILK MILLS, Appellant, v. SIQUAX SILK CORPORATION, Respondent. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HOPKINSON-BERGEN COMPANY, Appellant, v. 108–114 PARK PLACE CORPORATION, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GEORGE T. HORTON and Others, Respondents, v. WILLIAM H. REYNOLDS, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

DAVID H. PROSNITZ, Appellant, v. HENRY DECKER, Respondent.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ALFRED H. NEWBERGER and Others, Appellants, v. AMERICAN SURETY COMPANY, Respondent.— Motion granted upon appellants furnishing security as set